

# PRYOR CASHMAN LLP

New York | Los Angeles

410 Park Avenue, New York, NY 10022   Tel: 212-421-4100   Fax: 212-326-0806

www.pryorcashman.com

**Robert W. Ray**

Direct Tel: 212-326-0832
Direct Fax: 212-798-6313
rray@pryorcashman.com

January 16, 2009

**FEDERAL EXPRESS**

Honorable Katharine S. Hayden
United States District Judge
U.S. District Court, District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

    Re:   U.S. v. Zakari Ibrahim; Cr. No. 07-583

Dear Judge Hayden:

    I represent Zakari Ibrahim as court appointed CJA counsel, in the above-captioned criminal action. A plea agreement in this matter was reached on July 16, 2007, and Mr. Ibrahim was sentenced on October 26, 2007. I currently represent Mr. Ibrahim pro bono in a collateral immigration proceeding, in which his plea allocution before Your Honor is a principal matter in issue.

    Accordingly, I respectfully request a transcript from Mr. Ibrahim's plea hearing from the above-captioned matter, dated July 16, 2007.

Respectfully submitted,

Robert W. Ray

*Request denied; counsel is representing Mr. Ibrahim outside his CJA appointment.*

*KSHayden USDJ*
*1/26/09*